FILED

12/07/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0398

**IN THE SUPREME COURT
OF THE STATE OF MONTANA**

BRADLEY BARTHEL,

    Plaintiff and Appellant,

v.

BARRETTS MINERALS INC., and
JAMES DE LOS RIOS,

    Defendants and Appellees.

Supreme Court Cause No. DA-20-0398

**ORDER GRANTING APPELLEES'
UNOPPOSED MOTION FOR
EXTENSION OF TIME TO FILE
RESPONSE BRIEF**

Upon consideration of Appellees Barretts Minerals Inc. and James de los Rios' Unopposed Motion for Extension of Time to File Response Brief in the above-captioned matter, IT IS HEREBY ORDERED that Appellee's Motion for Extension of Time is GRANTED.

**IT IS SO ORDERED. ELECTRONICALLY SIGNED AND DATED BELOW.**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
December 7 2020